### SECOND DEPARTMENT, DECEMBER TERM, 1888.

John B. Gale, Respondent, v. The Fitchburg Railroad Company.

Same v. Same.—Judgment reversed, new trial granted, costs to abide event. Opinion by Landon, J.; Learned, P. J., dissenting.

Jacob Grimm, Respondent, v. The Village of Greenbush, Appellant.—Judgment and order reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.; Ingalls, J., dissenting.

The People of the State of New York *ex rel.* Boston, Hoosac Tunnel and Western Railway Company, Respondent, v. George Haner and others, Assessors, Appellants. Five other similar cases.—Order affirmed, with fifty dollars costs and disbursements against appellants personally. Opinion by Learned, P. J.

Adolphe Clement, as Administrator, etc., Appellant, v. Rankin Knitting Company, Respondent.—Judgment affirmed, with costs. Opinion by Learned, P. J.; Ingalls, J., not acting.

James A. Goodrich, as Assignee, etc., Respondent, v. Seth L. Clute, Appellant.—Judgment affirmed, with costs. Opinion by Ingalls, J.

Patrick Hanley, Respondent, v. Patrick N. Crowe, as survivor, etc., Appellant.—Judgment modified by reducing principal to $1,674.53, and adding interest from commencement of action thereon, and as modified affirmed without costs. Opinion by Landon, J.

Henry Allen and others, Appellants, v. German American Insurance Company of New York, Respondent.—Judgment affirmed, with costs. Opinion by Learned, P. J.

Matter of Water Commissioners v. George Clarke.—Order reversed and proceedings dismissed, with costs, without prejudice to another application. Opinion by Learned, P. J.

Samuel N. Bacon, Respondent, v. The United States Mutual Accident Assurance Association, Appellant.—Judgment and order affirmed, with costs. Opinion by Landon, J.

Peter J. Lansing, Respondent, v. Samuel Stevens, Appellant, impleaded, etc.—Judgment of County Court reversed, with costs. Opinion by Ingalls, J.

Locadie A. V. Cassagne, Respondent, v. James M. Ostrander, Appellant, impleaded with others.—Interlocutory judgment affirmed, with costs, with leave to withdraw demurrer and answer on payment of costs. Opinion by Landon, J.

Marcus G. Cunningham, Respondent, v. Massena Springs, etc., Railroad Company, Appellant.—Order modified as stated in the opinion, with ten dollars costs and printing, disbursements to abide event. Memorandum by Learned, P. J.

Raymond Christman, Respondent, v. John W. Thatcher, as Overseer, etc., Appellant.—Motion to dismiss appeal denied, with ten dollars costs.

Walter A. Mann, Appellant, v. Henry G. Dennis, Respondent.—Order of County Court affirmed, with ten dollars costs and printing disbursements. Memorandum by Learned, P. J.

In the Matter of the compensation of John H. McFarland.—Order to show cause dismissed and application denied. Memorandum by Landon, J.

George H. Hearman, v. Jacob H. Snyder.—Judgment affirmed, with costs. Opinion by Learned, P. J.

Dennis Maher, Respondent, v. Mrs. George W. Wilson, Appellant.—Judgment affirmed, with costs. Opinion by Learned, P. J. Ingalls, J., taking no part.

In the Matter of the Estate of Webster Wagner. Two cases.—Motion granted, with ten dollars costs.

Richard Hoag, Respondent, v. Thyrsa E. Hatch and others, Appellants.—Judgment affirmed, with costs. Memorandum by Learned, P. J.

Rutsen Hunt, Appellant, v. Charles A. Van Deusen, Respondent.—Judgment of County Court affirmed, with costs. Memorandum by Learned, P. J.

---

### SECOND DEPARTMENT, DECEMBER TERM, 1888.

The Farmers and Drovers' Bank, Respondent, v. Herman Koehler, Appellant, impleaded, etc.—Judgment and order affirmed, with costs. Barnard, P. J., not sitting.

In the Matter of Settlement of William P. O'Connor, Executor.—Part of decree appealed from reversed, with costs to executor out of the estate. Opinion by Barnard, P. J.

Sidney V. Havens, Plaintiff, v. Adeline P. Havens and others, Defendants.—Judgment affirmed, with costs. Opinion by Pratt and Dykman, JJ.

Michael Fitzgerald, Administrator, etc., v. Long Island Railroad Company.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Matthew Marx, Appellant, v. Elizabeth McLoud, Respondent.—Order affirmed, with ten dollars costs, besides disbursements. Opinion by Dykman, J.

John Franklin, Respondent, v. The Forty-second Street and Grand Street Ferry Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

John C. Provost, Respondent, v. Thomas F. Donohue, Appellant.—Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Seward Baker, Respondent, v. William W. McClellan, Appellant.—Order overruling demurrer to complaint affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Herman Cohen, Appellant, v. Asa Morehouse and others, Respondents.—Judgment affirmed, with costs. Opinion by Dykman, J.

Maria E. Brundage, Respondent, v. Theresa L. Rust, Appellant.—Decree of surrogate reversed, with costs. Opinion by Pratt, J.

Samuel T. Sudlow, Respondent, v. George W. Mead, Appellant.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Matter of Settlement of George W. Bergen.—Decree affirmed, with costs. Opinion by Dykman, J.

Alven Reilly, Appellant, v. The Town of Greenburgh, Respondent.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Bernard Hufnagel and others, Appellants, v. The Village of Mount Vernon, Respondent.—Judgment affirmed, with costs. Opinion by Pratt, J.

Frederick H. Smith, Respondent, v. The Isle of Wight Company and others, Appellants.—Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

James Clark, Appellant, v. William L. Gallagher and Frank Gallagher, Respondents.—Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Joseph O. V. Prochazka v. Linner V. Prochazka.—Order reversed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

Spencer D. C. Van Bokkelein, Respondent, v. Robert H Berdell, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

George C. Corlis v. John H. Byron.—Motion